# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>AJ CONCRETE PUMPING II, INC.<br><br>Debtor. | )<br>) Case No.<br>)<br>) Chapter 11<br>)<br>)<br>) |

## CORPORATE OWNERSHIP STATEMENT

There are no corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

Date: 3-15-12

By: _____
Jeffrey C. Moll, President

Dated:_____

Respectfully submitted,

**Onsager, Staelin & Guyerson, LLC**
/s/_____
Christian C. Onsager, #6889
Michael J. Guyerson, #11279
1873 S. Bellaire St., Suite 1401
Denver, Colorado 80222
Ph: (303) 512-1123
Fax: (303) 512-1129
consager@osglaw.com
mguyerson@osglaw.com